OPINION — AG — MEMORANDUM — AS TO AUDITS OF COUNTY AFFAIRS — 19 O.S.H. 177.8 . . . THE SUPREME COURT OF THIS STATE HAD REPEATEDLY HELD THAT "AN OFFICER CANNOT BE REMOVED FROM OFFICE" UNDER THE APPLICABLE REMOVAL STATUTE "FOR ACTS COMMITTED BY HIM WHILE HOLDING THE SAME OFFICE IN A PREVIOUS TERM" CITE: 19 O.S.H. 174, ARTICLE VII, SECTION 9 ARTICLE II, SECTION 18, 22 O.S.H. 1181 TO 22 O.S.H. 1197, 22 O.S.H. 1181.1, 22 O.S.H. 1181.2 (FRED HANSEN)